IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID J. McDONALD, and NADIA D. McDONALD, | ) ) ) | Case No. _____ |
| *Plaintiffs,* | ) ) ) | Removed from the Circuit Court of St. Louis County, Missouri |
| *v.* | ) ) | Case No. 25SL-CC00697 |
| SOUTHWEST AIRLINES CO., | ) ) | JURY TRIAL DEMANDED |
| *Defendant.* | ) ) | |

## EXHIBIT A - STATE COURT FILE

*David J. McDonald and Nadia D. McDonald v. Southwest Airlines Co.*
Circuit Court of St. Louis County, Missouri
Case No. 25SL-CC00697

**25SL-CC00697**

Electronically Filed - St Louis County - January 17, 2025 - 03:40 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

DAVID J. McDONALD, and )
NADIA D. McDONALD, )
                                                       )
        Plaintiffs,                                )          Cause No.
                                                       )
              vs.                                    )
                                                       )          Plaintiffs Demand Trial by Jury
SOUTHWEST AIRLINES CO.,        )
(Serve:                                             )
Prentice-Hall Corp. System              )
221 Bolivar Street                            )
Jefferson City, Missouri 65101)        )
                                                       )
        Defendant.                             )

## PETITION

### COUNT I
### (David J. McDonald for Negligence)

COMES NOW the Plaintiff, DAVID J. McDONALD, by and through his attorneys, and for his cause of action against the Defendant, SOUTHWEST AIRLINES CO., states as follows:

1.      Plaintiff, DAVID J. McDONALD, is a resident of the State of Idaho.

2.      Plaintiff, NADIA D. McDONALD, is a resident of the State of Idaho. At all times relevant, NADIA D. McDONALD was and is DAVID J. McDONALD's wife.

3.      Defendant, SOUTHWEST AIRLINES CO., is a corporation licensed to engage in the business of transporting passengers by aircraft as a common carrier.

4.      On or about April 29, 2015, the Plaintiff had purchased a ticket and was a passenger on SOUTHWEST AIRLINES CO. flight 988 that was to travel from St. Louis

1



# Summons in Civil Case

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>HEATHER RENE CUNNINGHAM | Case Number:  25SL-CC00697 | |
|---|---|---|
| Plaintiff/Petitioner:<br>NADIA MCDONALD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW C CASEY<br>5100 DAGGETT AVENUE<br>SAINT LOUIS, MO  63110 | |
| Defendant/Respondent:<br> SOUTHWEST AIRLINES CO | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Pers Injury-Other | | |

The State of Missouri to:     SOUTHWEST AIRLINES CO
                              Alias:

**PRENTICE-HALL CORP
SYSTEM
221 BOLIVAR STREET
JEFFERSON CITY, MO  65101**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**ST. LOUIS COUNTY**

| 24-JAN-2025 | /S/ Adam Dockery |
|---|---|
| Date | Clerk |

**Further Information:**
AD

Case Number: 25SL-CC00697

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode/permanent residence of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____        _____
    Printed Name of Officer or Server              Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*        My commission expires: _____ _____

Date                        Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**OFFICE OF THE CIRCUIT CLERK**

Missouri's 21st Judicial Circuit, St. Louis County
Civil Department
105 South Central Avenue, Clayton, MO 63105
Hours: Monday through Friday 8:00 A.M. to 5:00 P.M.
Phone: 314-615-8029

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act. Please notify the Office of the Circuit Clerk at 314-615-8029. FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 0r 800-735-2966, at least three business days in advance of the court proceeding.

Electronically Filed - St Louis County - January 17, 2025 - 03:40 PM

Lambert International Airport from St. Louis, Missouri to Denver International Airport in Denver, Colorado.

5.     At said date and time, the airplane, being operated by its agents, employees, and/or servants of Defendant, left the gate, taxied, turned onto the runway, and then proceeded down the St. Louis Lambert International Airport runway in order to reach take-off speed.

6.     That as a common carrier, SOUTHWEST AIRLINES CO., had a duty to exercise the highest degree of care to safely transport its passengers and protect them while in transit.

7.     Defendant, SOUTHWEST AIRLINES CO., by and through its agents, servants, and/or employees breached its duty to exercise the highest degree of care in the operation of the airplane in one or more of the following respects:

a)     failed to properly inspect the aircraft; or

b)     failed to properly maintain the aircraft; or

c)     attempted to take-off when it knew or should have known it was not safe to do so.

8.     That as a direct and proximate result of one or more of the foregoing acts or omissions of negligence, the Defendant suddenly and without warning aborted the take-off at the St. Louis Lambert International Airport runway after reaching great speed, and causing the Plaintiff, DAVID J. McDONALD to sustain injuries to his neck as well as his back leading to incontinence, causing past and future pain and anguish; he has also been caused to expend sums of money for certain doctor, hospital, medical, and pharmaceutical

2

Electronically Filed - St Louis County - January 17, 2025 - 03:40 PM

expenses for the treatment of said injuries, and he will be compelled to expend sums of money in the future for the treatment of his injuries.

WHEREFORE, Plaintiff, DAVID J. McDONALD, prays for judgment against the Defendant, SOUTHWEST AIRLINES CO., in an amount exceeding Twenty-Five Thousand Dollars ($25,000.00), plus costs of suit and for any other relief this Honorable Court deems just and proper.

## COUNT II
### (Nadia D. McDonald for Loss of Consortium)

COMES NOW the Plaintiff, NADIA D. McDONALD, by and through her attorneys, and for her cause of action against the Defendant, SOUTHWEST AIRLINES CO., states as follows:

9.      Plaintiff, NADIA D. McDONALD, repeats and re-alleges paragraphs 1 through 8 of Count 1 as though fully set forth herein.

10.     That as a direct and proximate result of the injuries to her husband, NADIA D. McDONALD has lost or had diminished the services, society, companionship and consortium of her husband, DAVID J. McDONALD; that NADIA D. McDONALD'S ability to enjoy life in the past, currently, and in the future may be diminished due to her husband's injuries.

3

Electronically Filed - St Louis County - January 17, 2025 - 03:40 PM

WHEREFORE, Plaintiff, NADIA D. McDONALD, prays for judgment against the Defendant, SOUTHWEST AIRLINES CO., in an amount exceeding Twenty-Five Thousand Dollars ($25,000.00), plus costs of suit and for any other relief this Honorable Court deems just and proper.

CASEY, DEVOTI & BROCKLAND

by    /s/ Matthew C. Casey
_____

Anne Brockland         #59693
Matthew C. Casey       #49662
Attorneys for Plaintiff
5100 Daggett Avenue
St. Louis, Missouri 63110
(314) 421-0763
(314) 421-5059 (Fax)
abrockland@caseydevoti.com
mcasey@caseydevoti.com

-and-

Thomas P. Routh (*Pro Hac Vice pending*)
Daniel J. Nolan (*Pro Hac Vice pending*)
NOLAN LAW GROUP
20 North Clark Street - 30th Floor
Chicago, Illinois 60602
(312) 630-4000 (Phone)
(312) 630-4011 (Fax)
tpr@nolan-law.com
dan@nolan-law.com

4