IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID J. McDONALD, and NADIA D. McDONALD, <br>     *Plaintiffs,* <br> v. <br><br> SOUTHWEST AIRLINES CO., <br><br>     *Defendant.* | Case No. 4:25-cv-00252 |

**Entry of Appearance**

Erich Vieth, Attorney at Law, hereby enters his appearance as co-counsel with Leo Nelsen and Paul Lee on behalf of Southwest Airlines Co.

By /s/ Erich Vieth
Erich V. Vieth, No. 29850MO
20 S. Sarah St.
St. Louis, MO 63108
314-604-3454
erichviethattorney@gmail.com
[Of Counsel with Nelsen & Lee, PC]
ATTORNEYS FOR DEFENDANT,
SOUTHWEST AIRLINES CO.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 4, 2025, the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF System.

CASEY, DEVOTI & BROCKLAND
Ms. Anne Brockland
Mr. Matthew C. Casey
5100 Daggett Avenue
St. Louis, Missouri 63110
(314) 421-0763
(314) 421-5059 (Fax)
abrockland@caseydevoti.com
mcasey@caseydevoti.com
*Attorneys for Plaintiff*

NOLAN LAW GROUP
Mr. Thomas P. Routh
Mr. Daniel J. Nolan
20 North Clark Street - 30th Floor
Chicago, Illinois 60602
(312) 630-4000 (Phone)
(312) 630-4011 (Fax)
tpr@nolan-law.com
dan@nolan-law.com
*Attorneys for Plaintiff*

/s/ Erich Vieth